**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MARITZA ZAPOTITLAN SANDOVAL,

        Plaintiff,

    v.

55 FULTON MARKET INC.
        d/b/a FULTON MARKET BY KEY FOOD,
OPEN MARKET 15 INC.
        d/b/a OPEN MARKET,
SNL MEAT & PRODUCE CORP
        d/b/a KEY FOOD,
RED APPLE TREE INC.
        d/b/a KEY FOOD,
DHY SONAMOO LLC,
        d/b/a KEY FOOD
JOUN CHIL AN,
HI JONG LEE, and
YEONG SHIM,

        Defendants.

---

Case No.: 1:25-cv-00156

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE** that upon the Affidavit of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff MARITZA ZAPOTITLAN SANDOVAL hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff and against Defendant HI JONG LEE, jointly and severally, together with such other relief as the Court deems just and proper. For the avoidance of doubt, Plaintiff is not moving for default judgment on behalf of any putative class members and collective plaintiffs, and Plaintiff is not moving for default judgment against Defendants OPEN MARKET 15 INC., SNL MEAT & PRODUCE CORP, RED APPLE TREE INC., DHY SONAMOO LLC, 55 FULTON MARKET INC., YEONG SHIM, and JOUN CHIL AN.

Pursuant to Local Rule 55.2(b), attached to the Affidavit of C.K. Lee are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, Plaintiff's Damage Calculations, and proposed Default Judgment.

Dated: August 28, 2025
       New York, New York

Respectfully submitted,

By:   */s/ C.K. Lee*
     C.K. Lee, Esq. (CL 4086)

**LEE LITIGATION GROUP, PLLC**
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 661-1008
Email: cklee@leelitigation.com

*Attorney for Plaintiff*