UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MARITZA ZAPOTITLAN SANDOVAL,

          Plaintiff,

v.

55 FULTON MARKET INC.,
OPEN MARKET 15 INC.,
SNL MEAT & PRODUCE CORP,
RED APPLE TREE INC.,
DHY SONAMOO LLC,
JOUN CHIL AN,
HI JONG LEE, and
YEONG SHIM,

          Defendants.
_____

Case No.: 1:25-cv-00156

**[PROPOSED]**
**DEFAULT JUDGMENT**

This action having been commenced on January 8, 2025, by the filing of the Summons and Complaint. Defendant HI JONG LEE having failed to appear or respond to the Summons and Complaint, it is

**ORDERED, ADJUDGED AND DECREED**:

1. That Plaintiff MARITZA ZAPOTITLAN SANDOVAL has judgment against Defendant HI JONG LEE for a total of **$549,481.38** in damages as follows:

| | |
|---|---:|
| Unpaid Overtime Wages due to Timeshaving | $2,303.04 |
| Liquidated Damages for Unpaid Overtime | $2,303.04 |
| Statutory Penalties due to WTPA Violations | $10,000.00 |
| Damages due to FICA Violations (Breach of Contract / Unjust Enrichment) | $9,035.31 |
| Civil Penalties for Frivolous Tax Returns Filings | $15,000.00 |
| Statutory due to ESSTA Violations | $10,840.00 |
| Compensatory Damages due to Discrimination | $250,000.00 |
| Punitive Damages due to Discrimination | $250,000.00 |
| **TOTAL DAMAGES** | **$549,481.38** |

Dated: _____      _____
      New York, New York            Jennifer H. Rearden
                                    United States District Judge

                                    This document was entered on the docket on

                                    _____