```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARITZA ZAPOTITLAN SANDOVAL,

                Plaintiff,

-v.-

55 FULTON MARKET INC. et al.,

                Defendants.

---

25 Civ. 00156 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Plaintiff Maritza Zapotitlan Sandoval filed the Complaint in this action on January 8, 2025. ECF No. 1. Defendants Open Market 15 Inc., DHY Sonamoo LLC, Red Apple Tree Inc., and SNL Meat & Produce Corp. were each served on March 3, 2025. ECF Nos. 7-10. Their answers were therefore due on March 24, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint.").

    On August 26, 2025, after the deadline to respond to the Complaint had passed, Defendants Open Market 15 Inc., DHY Sonamoo LLC, Red Apple Tree Inc., and SNL Meat & Produce Corp. filed an Answer. ECF No. 27.

    By **September 8, 2025**, Plaintiff shall file a letter stating whether she consents to the filing of this untimely Answer.

    SO ORDERED.

Dated: August 31, 2025
       New York, New York

                                                    */s/ Jennifer H. Rearden*
                                                    JENNIFER H. REARDEN
                                                    United States District Judge