**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MARITZA ZAPOTITLAN SANDOVAL, *on behalf of*
*herself, FLSA Collective Plaintiffs and the Class,*

          Plaintiff,

  v.

55 FULTON MARKET INC.
     d/b/a FULTON MARKET BY KEY FOOD,
OPEN MARKET 15 INC.
     d/b/a OPEN MARKET,
SNL MEAT & PRODUCE CORP
     d/b/a KEY FOOD,
RED APPLE TREE INC.
     d/b/a KEY FOOD,
DHY SONAMOO LLC,
     d/b/a KEY FOOD
JOUN CHIL AN,
HI JONG LEE, and
YEONG SHIM,
          Defendants.

---

**Case No.:**  1:25-cv-00156

~~**[PROPOSED]**~~
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff to take a judgment against them, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), inclusive of attorney's fees and costs, in full and final settlement of all of Plaintiff's claims against Defendants for unpaid overtime wages, front and back pay, liquidated damages, statutory damages, punitive damages, emotional distress damages, pre-judgment interest, and all other claims arising out of or related to the facts and transactions alleged or that could have been alleged in the above-captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 2, 2026 and filed as Exhibit A to Docket Number 49;

**WHEREAS**, on March 2, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 49);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Maritza Zapotitlan Sandoval, in the sum of $30,000, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 2, 2026 and filed as Exhibit A to Docket Number 49 . The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____March 7_____, 2026
New York, New York

_____
Jennifer H. Rearden,   U.S.D.J.